IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDNA L. VANCE,
6605 – 16th Street, NW
Washington, DC 20012

    Plaintiff

v.

ELAINE CHAO, Secretary
    U.S. Department of Labor,
200 Constitution Avenue, NW
Washington, DC 20210

    Defendant

Civil Action No. _____

## COMPLAINT
### (Discrimination in Employment, Retaliation)

Plaintiff, EDNA VANCE ("Plaintiff"), brings this action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq. ("Title VII") to redress deprivation of rights secured by federal law which prohibit discrimination and/or retaliation against federal employees because of one's race, color, age, gender, or prior EEO activity.

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 42 U.S.C. §2000e-5(f)(3).

2. Plaintiff was, at the time of the retaliation, working in Washington, D.C. at the National Office of the Defendant Agency. Accordingly, venue properly lies with the United States District Court for the District of Columbia.

### PARTIES

1

3.  Plaintiff EDNA VANCE (hereinafter "Plaintiff" or "Ms. Vance" is a citizen of the United States, domiciled and residing in the District of Columbia. She is an African-America female, over forty years of age. At all times relevant to this action, Plaintiff was an employee of the Defendant entitled to Title VII protection under 42 U.S.C. §2000e-16(a).

4.  Defendant ELAINE CHAO (hereinafter "Defendant" or "Agency") is Secretary of the U.S. Department of Labor, of which the Occupational Safety and Health Administration, Division of Statistics Design, Evaluation & Quality Management in the Office of the Assistant Secretary, is a component. The Agency is subject to the prohibitions against discrimination stated in Title VII pursuant to 42 U.S.C. §2000e-16.

## FACTS

5.  Plaintiff began her employment with the Agency on or about 1975. She continued employment without interruption and at all times relevant to this Complaint, has held the position of Program Analyst, GS14, in the Office of Statistics, Division of Statistics Design, Evaluation & Quality Management, Office of the Assistant Secretary, Occupational Safety & Health Administration of the U.S. Department of Labor in Washington, D.C.

6.  On or about June 10, 1998, Ms. Vance filed an informal EEO complaint alleging discrimination in employment. A formal complaint was filed on or about September 9, 1998.

7.   On or about May 17, 1999, Plaintiff Vance filed a civil complaint for discrimination in the U.S. District Court for the District of Columbia.[1] Though a tentative settlement had been reached in this action in September/October 2000, final resolution has never been achieved in that Defendant has never ratified the settlement agreement.

8.   In May 2000, Ms. Vance filed an informal complaint alleging retaliation and reprisal with the Agency arising out of an improper performance appraisal. A formal complaint was filed in August 2000, and a final agency decision was issued in September 2002. Ms. Vance filed a civil action in December 2002 which was later dismissed as resolution of the prior complaint continued.

9.   On or about January 24, 2005, Defendant presented Ms. Vance with a performance appraisal for 2004, rating her performance against standards and elements not yet presented to her. This January 2005 appraisal was supposed to have been a correction of an appraisal presented to Ms. Vance in December 2004 at the start of her pre-approved leave.

10.   Defendant violated procedures for the issuance of performance appraisals by altering the standards and elements applied to Plaintiff's performance, using incorrect or inappropriate information to rate that performance, and putting Ms. Vance on a 90-day performance plan without justification. In further retaliation, Defendant denied Ms. Vance a performance award even though she qualified for one.

---

[1] Civil Action No. 99-CV-01178 (AK) in the U.S. District Court for the District of Columbia.

11. These actions were taken against Plaintiff in retaliation and/or reprisal for Plaintiff's participation in a protected activity, specifically, the prior filing of an EEO complaint against Defendant and the drawn-out settlement process in that action.

12. Plaintiff contacted an EEO counselor on or about February 7, 2005. She then filed an informal complaint alleging retaliation/reprisal on or about February 25, 2005.

13. Plaintiff filed her formal complaint alleging retaliation/reprisal on or about March 17, 2005.

14. The Agency issued a final agency decision on September 28, 2006, which Plaintiff received on or about October 2, 2006.

15. Plaintiff has exhausted all required administrative remedies.

## COUNT I
### RETALIATION/REPRISAL

16. Defendant presented Plaintiff with a performance appraisal based on inappropriate job elements and performance standards and incorrect information because she had previously filed an EEO complaint alleging discrimination.

17. Further, Defendant imposed a 90-day performance plan on Plaintiff without justification because she had previously filed an EEO complaint alleging discrimination.

18. As the direct and proximate result of Defendant's unlawful conduct, Plaintiff has and will continue to suffer damages, including, but not necessarily limited

to: lost earnings past and future, lost earning capacity, emotional pain, suffering, inconvenience, mental anguish, and other pecuniary and nonpecuniary losses.

WHEREFORE, Plaintiff respectfully prays this Court to:

A.  Enter judgment in favor of Plaintiff and against Defendant;

B.  Declare that the Defendant's actions and omissions violated Plaintiff's rights under 42 U.S.C. §§2000e-3(a), 2000e-16(a);

C.  Award Plaintiff full back pay and benefits and to otherwise make her whole;

D.  Award Plaintiff compensatory damages for her lost earning capacity, emotional pain, suffering, inconvenience, mental anguish, and other pecuniary and nonpecuniary losses in the amount to be determined by the jury at trial;

E.  Award Plaintiff her reasonable attorneys' fees and all costs and expenses incurred in connection with this action; and

F.  Grant Plaintiff appropriate, additional or alternative relief as is just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

*/s/ Lisa Smith Sanders*
Lisa Smith Sanders, Esq.
DC Bar No. 417142
Sanders & Sanders
14452 Old Mill Road, Suite 101
P. O. Box 1429

Upper Marlboro, MD 20773
301.574.1338
301.574.1435 fax
lisa.sanders@sanderslawfirm.net
Attorney for Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Edna L. Vance

**DEFENDANTS**
Elaine Chao, Secretary, U.S. Department of Labor

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Lisa Smith Sanders, Esq.
Sanders & Sanders
14452 Old Mill Road, Suite 101, PO Box 1429
Upper Marlboro, MD  20773
(301) 574-1338

ATTORNEYS (IF KNOWN)
U.S. Attorney for the District of Columbia
Civil Section, Room 10-812
555 Fourth Street, N.W.
Washington, D.C. 20001

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
- ☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**    OR    ○ **F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title VII of the Civil Rights Act of 1964, as amended; employment discrimination based on race, age, sex and/or retaliation for prior EEO activity

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ 300,000+  JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE 1/2/07  SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.