UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA L. VANCE, | ) |
|     Plaintiff | ) |
|     v. | ) Civil Action No. 07-0002 (ESH) |
| ELAINE CHAO, Secretary,<br>U.S. Department of Labor, | ) |
|     Defendant. | ) |

**PROOF OF SERVICE**

Pursuant to the Court's Order dated April 5, 2007, Plaintiff EDNA L. VANCE hereby files proof that the defendant has been served with the summons and complaint in this matter. Exhibit A, attached hereto and incorporated herein, evidences service of process on the Defendant ELAINE CHAO, in her official capacity as the Secretary of the U.S. Department of Labor, via certified mail, return receipt requested, on May 2, 2007. Pursuant to FED. R. CIV. PROC. 4(1)(A), service was also made on the U. S. Attorney for the District of Columbia via certified mail, return receipt requested, on May 2, 2007 (Exhibit B). Pursuant to FED. R. CIV. PROC. 4(1)(B), service was also made on the Attorney General of the United States via certified mail, return receipt requested, on May 2, 2007 (Exhibit C).

1

2

       Respectfully submitted,


       _____/s/_____
       Lisa Smith Sanders, Esq.
       DC Bar #417142
       Sanders & Sanders
       14452 Old Mill Road, Suite 101
       P. O. Box 1429
       Upper Marlboro, MD  20773
       301.574.1338 voice
       301.574.1435 fax
       lisa.sanders@sanderslawfirm.net
       Attorney for Plaintiff





