IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA L. VANCE, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| ELAINE CHAO, Secretary : | Civil Action No. 07-0002 (ESH) |
| U.S. Department of Labor, : | |
| : | |
| Defendant : | |
| : | |

## NOTICE OF LENGTHY FILING

The following exhibits included in Plaintiff's exhibit(s) in Support of her Opposition to Defendant's Motion to Dismiss exist only in paper format and are more than 15 pages in length. The Exhibit(s) will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified below:

| **EXHIBIT #** | **DESCRIPTION** |
|---|---|
| 1 | Complainant's Affidavit with Attachments |

                                                                    Respectfully submitted,

                                                                    _____/S/_____
Lisa Smith Sanders
DC Bar No. 417142
Sanders & Sanders
14452 Old Mill Road, Suite 101
P. O. Box 1429
Upper Marlboro, MD  20773
301.574.1338 voice
301.574.1435 fax
lisa.sanders@sanderslawfirm.net

Attorney for Plaintiff EDNA L. VANCE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2007, the foregoing Notice of Lengthy Filing was sent in the indicated manner to the following attorney(s) of record:

Via Electronic Notice:

Jeffrey A. Taylor, United States Attorney
Rudolph Contreras, Assistant United States Attorney
Michelle N. Johnson, Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W. – Room E4212
Washington, DC  20530


Via First Class Mail:
David Pena, Senior Attorney Advisor
U. S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC  20210


_____/s/_____
Lisa Smith Sanders, Esq.