## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDNA L. VANCE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-00002 (ESH)** |
| ) | |
| **ELAINE CHAO,** ) | |
| **Secretary, U.S. Department of Labor,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

For the reasons set forth in the opinion accompanying this Order, defendant's motion to

dismiss [Dkt. 5] is **DENIED**.  An initial scheduling conference is set for September 5, 2007, at

9:45 a.m.

**SO ORDERED**.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 2, 2007