UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA VANCE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | C.A. No. 07-0002 (ESH) |
|        v. ) | |
| ) | |
| ELAINE CHAO, ) | |
|   Secretary, United States ) | |
|   Department of Labor, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

    The parties to the above action join in moving the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Scheduling Order of September 5, 2007, and extend the discovery deadline from January 2, 2008 up to and including March 3, 2008.

    The grounds in support of this Motion are as follows:

    1.)  In accordance with the Court's Scheduling Order, the parties to this action promptly engaged in mediation through the Court's mediation program.

    2.)  Both parties have diligently attempted to resolve this matter.  However, a settlement could not be reached.  During the time of settlement discussions, the parties did not engage in the discovery so as not to incur attorney's fees should the matter settle.

    3.)  As it now appears that the matter will not settle at this time, counsel are prepared to continue discovery in this matter. However, due to the demanding case loads of each party's counsel, the

1

parties expect that more time than was originally contemplated will be needed to complete discovery.

    4.) Accordingly, they join in moving the Court to extend the discovery cut-off date in this action from January 2, 2008, until March 3, 2008.[1]

    WHEREFORE, the parties join in moving the Court to amend the Scheduling Order and extend the discovery deadline up to and including March 3, 2008.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Lisa Smith Sanders | Jeffrey A. Taylor |
|   D.C. Bar No. 417142 | D.C. Bar No. 498610 |
| Sanders & Sanders | United States Attorney |
| 14452 Old Mill Road | |
| Suite 101 | |
| P.O. Box 1429 | |
| Upper Marlboro, MD 20775 |     /s/ |
| Phone (301) 574-1435 | Rudolph Contreras |
| | Assistant United States Attorney |
| | D.C. Bar No. 434122 |
| Counsel For Plaintiff | |
| |     //s// |
| | MICHELLE N. JOHNSON, |
| | D.C. BAR # 491910 |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 514-7139 |
| | |
| | Counsel For Defendant |

---

[1] The Court's Scheduling Order set a status conference for January 4, 2008. The parties have conferred and are available for a rescheduled status conference any time during the month of March.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA VANCE, )<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>ELAINE CHAO, )<br>  Secretary, United States )<br>  Department of Labor, )<br>)<br>    Defendant. )<br>_____) | C.A. No. 07-0002 (ESH) |

### [PROPOSED] ORDER

This matter having come before the Court on the parties' Joint Motion to Amend Scheduling Order, and it appearing in the interests of justice that the motion be granted, it is hereby

ORDERED that the parties' Joint Motion to Amend Scheduling Order is GRANTED.  It is further

ORDERED that discovery in this case shall close on March 3, 2008.  It is further

ORDERED that the status conference scheduled for January 4, 2008, is hereby VACATED.  A status conference will be held on March, ____, 2008, at _____ a.m./p.m.

SO ORDERED on this _____ day of _____, 2007.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**