**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDNA VANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-0002 (ESH) |
| v. | ) |
| | ) |
| ELAINE CHAO, | ) |
| Secretary, United States | ) |
| Department of Labor, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties to the above action join in moving the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Scheduling Order of September 5, 2007, and extend the discovery deadline from March 3, 2008 up to and including April 11, 2008.

The grounds in support of this Motion are as follows:

1.) In accordance with the Court's Scheduling Order, the parties to this action promptly engaged in mediation through the Court's mediation program.

2.) Both parties have diligently attempted to resolve this matter. However, a settlement could not be reached. During the time of settlement discussions, the parties did not engage in the discovery so as not to incur attorney's fees should the matter settle.

3.) The parties previously sought and received an extension of the discovery period from January 2, 2008, until March 3, 2008.

4.) The parties have now exchanged their discovery requests and are in the process of scheduling depositions. However, due to their

demanding case loads, the parties require additional time to conduct these depositions, including the deposition of plaintiff and a former agency employee.

5.)   Accordingly, the parties join in moving the Court to extend the discovery cut-off date in this action from March 3, 2008 until April 11, 2008. [1]

WHEREFORE, the parties join in moving the Court to amend the Scheduling Order and extend the discovery deadline up to and including April 11, 2008.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Lisa Smith Sanders | Jeffrey A. Taylor |
|   D.C. Bar No. 417142 | D.C. Bar No. 498610 |
| Sanders & Sanders | United States Attorney |
| 14452 Old Mill Road | |
| Suite 101 | |
| P.O. Box 1429 | |
| Upper Marlboro, MD 20775 | _____/s/_____ |
| Phone (301) 574-1435 | Rudolph Contreras |
| | Assistant United States Attorney |
| | D.C. Bar No. 434122 |
| | |
| Counsel For Plaintiff | _____//s//_____ |
| | MICHELLE N. JOHNSON, |
| | D.C. BAR # 491910 |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 514-7139 |
| | |
| | Counsel For Defendant |

---

[1]
     The Court's Scheduling Order set a status conference for March 14, 2008. The parties have conferred and are available for a rescheduled status conference any time during the month of April.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **EDNA VANCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. No. 07-0002 (ESH)** |
| **v.** | ) | |
| | ) | |
| **ELAINE CHAO,** | ) | |
| **Secretary, United States** | ) | |
| **Department of Labor,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on the parties' Joint Motion to Amend Scheduling Order, and it appearing in the interests of justice that the motion be granted, it is hereby

ORDERED that the parties' Joint Motion to Amend Scheduling Order is GRANTED.  It is further

ORDERED that discovery in this case shall close on April 11, 2008.  It is further

ORDERED that the status conference scheduled for March 14, 2008, is hereby VACATED.  A status conference will be held on April, _____, 2008, at _____ a.m./p.m.

SO ORDERED on this _____ day of _____, 2008.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**