```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **EDNA VANCE,**              )<br>                              )<br>     Plaintiff,             )<br>                              )     C.A. No. 07-0002 (ESH)<br>     v.                       )<br>                              )<br>**ELAINE CHAO,**               )<br>  Secretary, United States   )<br>  Department of Labor,       )<br>                              )<br>     Defendant.              )<br>_____) | |

### JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to the above action join in moving the Court, pursuant to Rule 7, Fed. R. Civ. P., to extend the discovery deadline from April 11, 2008 up to and including April 22, 2008.

The grounds in support of this Motion are as follows:

1.) In accordance with the Court's Scheduling Order, the parties to this action promptly engaged in mediation through the Court's mediation program.

2.) Both parties diligently attempted to resolve this matter. However, a settlement could not be reached. During the time of settlement discussions, the parties did not engage in the discovery so as not to incur attorney's fees should the matter settle.

3.) The parties previously sought and received extensions

of the discovery period from January 2, 2008, until March 3, 2008, and from March 3, 2008 until April 11, 2008.

4.) The parties have served their discovery requests. Defendant has served her discovery responses and plaintiff expects to serve her responses this week. However, due to the demanding case loads of both counsel, the parties have not been able to conduct their intended depositions in this matter. The parties have now scheduled these depositions – one of the alleged discriminating official and plaintiff's deposition – to occur on April 22, 2008.

5.) Accordingly, the parties join in moving the Court to extend the discovery cut-off date eleven days, from April 11, 2008 up to and including April 22, 2008.[1]

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>Lisa Smith Sanders<br>  D.C. Bar No. 417142<br>Sanders & Sanders<br>14452 Old Mill Road<br>Suite 101<br>P.O. Box 1429<br>Upper Marlboro, MD 20775<br>Phone (301) 574-1435 | _____/s/_____<br>Jeffrey A. Taylor<br>D.C. Bar No. 498610<br>United States Attorney<br><br>_____/s/_____<br>Rudolph Contreras<br>Assistant United States Attorney<br>D.C. Bar No. 434122 |

Counsel For Plaintiff

---

[1] The parties remain available to attend the previously scheduled status hearing scheduled for April 24, 2008 at 9:45 a.m.

2

          //s//
MICHELLE N. JOHNSON,
D.C. BAR # 491910
Assistant United States
Attorney
United States Attorney's
Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7139

Counsel For Defendant

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDNA VANCE,** )<br>)<br>  Plaintiff, )<br>) <br>         v. )<br>)<br>**ELAINE CHAO,** )<br>  Secretary, United States )<br>  Department of Labor, )<br>) <br>  Defendant. )<br>_____) | C.A. No. 07-0002 (ESH) |

### [PROPOSED] ORDER

This matter having come before the Court on the parties' Joint Motion to Amend Scheduling Order, and it appearing in the interests of justice that the motion be granted, it is hereby

ORDERED that the parties' Joint Motion to Amend Scheduling Order is GRANTED. It is further

ORDERED that discovery in this case shall close on April 22, 2008.

SO ORDERED on this _____ day of _____, 2008.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**