UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDNA VANCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. No. 07-0002 (ESH)** |
| **v.** | ) | |
| | ) | |
| **ELAINE CHAO,** | ) | |
| **Secretary, United States** | ) | |
| **Department of Labor,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### THE PARTIES' NOTICE TO THE COURT REGARDING SETTLEMENT

The parties to the above action join in notifying the Court that they have reached an agreement in principle for the settlement of this matter. The parties expect to finalize a settlement agreement within thirty (30) days of today's date and will file the agreement with the Court. Provided that the parties' settlement agreement is not finalized within thirty (30) days for any reason, the parties will file a subsequent notice with the Court.


July 10, 2008


Respectfully submitted,


| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Lisa Smith Sanders | Jeffrey A. Taylor |
|   D.C. Bar No. 417142 | D.C. Bar No. 498610 |
| Sanders & Sanders | United States Attorney |
| 14452 Old Mill Road | |
| Suite 101 | |
| P.O. Box 1429 | |
| Upper Marlboro, MD 20775 | _____/s/_____ |
| Phone (301) 574-1435 | Rudolph Contreras |

Assistant United States Attorney
D.C. Bar No. 434122


Counsel For Plaintiff

                    //s//
MICHELLE N. JOHNSON,
D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7139

Counsel For Defendant