## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA VANCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE CHAO, )<br>Secretary, United States Dept. of Labor, )<br>)<br>Defendant. )<br>) | Civil Action No.  07-0002    (ESH) |

### ORDER

The Court having been advised by counsel that this action has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 45 days from the date of this Order. If settlement is not consummated within that 45-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

**SO ORDERED.**


                                            s/
                              ELLEN SEGAL HUVELLE
                              United States District Judge

Date: July 14, 2008